842

No. 287. WERNER v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Solicitor General Rankin, Assistant Attorney General Morton, Roger P. Marquis* and *Harold S. Harrison* for the United States.

No. 288. MILLER v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *J. H. Doughty* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 290. GRABLE ET UX., TRUSTEES, ET AL. v. BURNS ET AL. District Court of Appeal of California, Fourth Appellate District. Certiorari denied.

No. 291. CANNON v. NORTH CAROLINA STATE HIGHWAY AND PUBLIC WORKS COMMISSION. Supreme Court of North Carolina. Certiorari denied. *W. P. Burkhimer* and *H. Edmund Rodgers* for petitioner. *R. Brookes Peters* for respondent.

No. 293. FITZGERALD v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Milton H. Friedman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Tompkins* and *Harold D. Koffsky* for the United States.

No. 296. TILLMAN ET UX. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Donald C. Walker* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Paul A. Sweeney* for the United States.

No. 298. ISBRANDTSEN CO., INC., ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Arthur O.*

*Louis* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub, Paul A. Sweeney, Leavenworth Colby* and *Herman Marcuse* for the United States. ▪

No. 299. STRATTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Warren G. Moore* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Paul A. Sweeney* and *B. Jenkins Middleton* for the United States.

No. 301. KING ET AL. *v.* CRON ET AL. Court of Civil Appeals of Texas, Fourth Supreme Judicial District. Certiorari denied. *Thomas H. Dent* for petitioners. *Charles I. Francis* for respondents.

No. 142. OWEN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BLACK took no part in the consideration or decision of this application. *Charles Dana Snewind* for petitioner. *Simon E. Sobeloff,* then Solicitor General, *Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 194. MONTANA POWER Co. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *E. Roy Gilpin* and *Harry A. Poth, Jr.* for petitioner. *Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Rice, Lee A. Jackson* and *Walter Akerman, Jr.* for the United States. ▪

No. 150. COLGATE-PALMOLIVE Co. ET AL. *v.* CARTER PRODUCTS, INC., ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion the petition should